No. 300.  BROWNELL, ATTORNEY GENERAL, *v.* RUBINSTEIN.  Certiorari, 346 U. S. 870, to the United States Court of Appeals for the District of Columbia Circuit.  Argued January 7–8, 1954.  Decided January 11, 1954.  *Per Curiam:* The judgment is affirmed by an equally divided Court.  MR. JUSTICE CLARK took no part in the consideration or decision of this case.  *Robert W. Ginnane* argued the cause for petitioner.  With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop. Edward J. Ennis* argued the cause for respondent.  With him on the brief were *Jack Wasserman* and *Lemuel B. Schofield.*

No. 347.  GIALLO ET AL. *v.* UNITED STATES.  Certiorari, 346 U. S. 871, to the United States Court of Appeals for the Second Circuit.  Argued January 8, 1954.  Decided January 11, 1954.  *Per Curiam:* Judgment affirmed.  *Henry K. Chapman* argued the cause and filed a brief for petitioners.  *John F. Davis* argued the cause for the United States.  With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack.*

No. 115.  KERN-LIMERICK, INC. ET AL. *v.* PARKER, COMMISSIONER OF REVENUES FOR ARKANSAS.  Scurlock, present Commissioner of Revenues, substituted for Parker.

No. 423.  BENTSEN ET AL. *v.* BLACKWELL ET AL.  The application of the Solicitor General on behalf of the Se-